FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk (109234)
jrk@classactionlaw.com
Mark L. Knutson (131770)
mlk@classactionlaw.com
William R. Restis (246823)
wrr@classactionlaw.com
501 West Broadway, Suite 1250
San Diego, California 92101-3579
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMY SCHERER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 3:11-cv-00532-H -RBB<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:       December 19, 2011<br>Time:       10:30 a.m.<br>Judge:      Hon. Marilyn Huff<br>Courtroom: 13 (5th Floor) |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on December 19, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 13 of the above-entitled Court located at 940 Front Street, San Diego, CA 92101-8900, Plaintiff Timmy Scherer ("Plaintiff") will and hereby does move the Court for an Order Preliminary Approving the Class Action Settlement in this matter, including each of the following:

(1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2) preliminarily approving the form, manner, and content of the Full Notice, U.S. Mail Notice, and Claim Form;

(3) setting the date and time of the Fairness Hearing;

(4) provisionally certifying the Class under Rule 23 of the Federal Rule of Civil Procedure for settlement purposes only;

(5) appointing Plaintiff as the Class representative; and

(6) appointing the law firm of Finkelstein & Krinsk, LLP as Class Counsel.

This motion is based on this notice of motin and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted hereiwith, the record and files in this acotion, and upon such further and additional papers and argument as may be presented herein.

Dated:  November 30, 2011         Respectfully submitted,

                                  FINKELSTEIN & KRINSK LLP


                                  By    /s/ William R. Restis, Esq.
                                        WILLIAM R. RESTIS (246823)
                                        Email:  wrr@classactionlaw.com

                                  JEFFREY R. KRINSK (109234)
                                  MARK L. KNUTSON (131770)

                                  Counsel for Plaintiff and the Class