1  FINKELSTEIN & KRINSK LLP
   JEFFREY R. KRINSK (109234) (jrk@classactionlaw.com)
2  MARK L. KNUTSON (131770) (mlk@classactionlaw.com)
   WILLIAM R. RESTIS (246823) (wrr@classactionlaw.com)
3  501 West Broadway, Suite 1250
   San Diego, California 92101-3579
4  Telephone: (619) 238-1333
   Facsimile:  (619) 238-5425
5
   Attorneys for PLAINTIFF and the Putative Class
6
   COOLEY LLP
7  MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
   LEO P. NORTON (216282) (lnorton@cooley.com)
8  DARCIE A. TILLY (239715) (dtilly@cooley.com)
   MEGAN L. DONOHUE (266147) (mdonohue@cooley.com)
9  4401 Eastgate Mall
   San Diego, CA  92121
10 Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
11
   Attorneys for Defendant
12 TIFFANY AND COMPANY

13                 UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16

17 TIMMY SCHERER, individually and on        Case No.  11-CV-00532-H-RBB
   behalf of all others similarly situated,
18                                           **JOINT MOTION TO APPROVE**
              Plaintiff,                     **PUBLICATION NOTICE OF**
19                                           **PROPOSED CLASS ACTION**
        v.                                   **SETTLEMENT**
20
   TIFFANY AND COMPANY, and DOES 1           Judge:        Hon. Marilyn L. Huff
21 through 100, inclusive,                   Courtroom:  13

22            Defendants.

23

24

25

26

27

28

1    Plaintiff Timmy Scherer, through his counsel of record, and defendant Tiffany and
2    Company, through its counsel of record, hereby stipulate and agree as follows:

3    WHEREAS, on November 30, 2011, plaintiff filed a motion seeking preliminary approval
4    of the parties' Settlement Agreement and Release;

5    WHEREAS, on December 19, 2011, the Court granted plaintiff's motion and issued an
6    Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification
7    ("Preliminary Approval Order") (Dkt. No. 24);

8    WHEREAS, the Preliminary Approval Order requires defendant Tiffany and Company to
9    notify class members of the settlement in the manner specified under Section 3.3 of the parties'
10   Settlement Agreement and Release;

11   WHEREAS, the parties have recently agreed that *in addition to* the notice specified in
12   Section 3.3 of the parties' Settlement Agreement and Release, Tiffany and Company will also
13   provide notice by two quarter-page advertisements in the California edition of USA Today;

14   WHEREAS, publication notice is a widely accepted form of notice;[1]

15   WHEREAS, the parties have agreed that the notice will be published on two different
16   days before February 22, 2012, which means the publication notice will be given more than fifty
17   (55) calendar days before the deadline for class members to object or opt-out of the settlement
18   and sixty-nine (69) calendar days before the deadline for class members to make a claim to
19   receive relief under the settlement;

20   WHEREAS, the parties have agreed that the summary publication notice will be identical
21   to the U.S. mail notice that was attached as Exhibit C to the parties' Settlement Agreement and
22   Release and previously approved by the Court in the Preliminary Approval Order; and

23   WHEREAS, the parties have attached as Exhibit A a copy of the proposed publication
24   notice.

25

26

27
_____

28
[1] *See, e.g., In re Compact Disc Minimum Advertised Price Antitrust Litig.*, 216 F.R.D. 197, 203-04 (D. Me. 2003) (approving notice program which included publication notice).

**JOINT MOTION TO APPROVE
PUBLICATION NOTICE
CASE No. 11-CV-00532-H-RBB**

NOW THEREFORE, the parties agree and respectfully jointly move the Court to approve the publication notice and to order Tiffany and Company to provide notice to the class by publication twice in the California edition of USA Today on or before February 22, 2011.

**IT IS SO STIPULATED.**

Dated: February 2, 2012

COOLEY LLP
MICHELLE C. DOOLIN (179445)
LEO P. NORTON (216282)
DARCIE A. TILLY (239715)
MEGAN L. DONOHUE (266147)

s/Leo P. Norton
Leo P. Norton (216282)
Attorneys for Defendant
TIFFANY AND COMPANY
E-mail: lnorton@cooley.com

Dated: February 2, 2012

FINKELSTEIN & KRINSK LLP
JEFFREY R. KRINSK (109234)
MARK L. KNUTSON (131770)
WILLIAM R. RESTIS (246823)

s/ William R. Restis
William R. Restis (246283)
Attorneys for Plaintiff and the Putative Class
E-mail: WRR@classactionlaw.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr.William R. Restis, counsel for Plaintiff, and that I have obtained Mr. Restis' authorization to affix his electronic signature to this document.

s/ Leo P. Norton
Leo P. Norton (216282)
Attorneys for Defendants
TIFFANY AND COMPANY
E-mail: lnorton@cooley.com

738553 /SD

JOINT MOTION TO APPROVE
PUBLICATION NOTICE
CASE No. 11-CV-00532-H-RBB

# EXHIBIT A

**ATTENTION: CALIFORNIA TIFFANY & CO. STORE SHOPPERS**

**IF YOU MADE A CREDIT CARD PURCHASE AT A CALIFORNIA TIFFANY & CO. STORE BETWEEN FEBRUARY 15, 2010 AND DECEMBER 19, 2011, AND A TIFFANY & CO. STORE EMPLOYEE REQUESTED AND RECORDED YOUR PERSONAL IDENTIFICATION INFORMATION (FOR EXAMPLE, YOUR POSTAL ADDRESS OR ZIP CODE), DURING SUCH CREDIT CARD PURCHASE TRANSACTION, YOU MIGHT BE A CLASS MEMBER IN A LAWSUIT TITLED: *TIMMY SCHERER V. TIFFANY AND COMPANY, ET AL.,* PENDING IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 11-CV-00532.   A PROPOSED SETTLEMENT OF THIS CLASS ACTION HAS BEEN REACHED.   IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.**

As part of the proposed settlement, Class Members who timely file a valid Claim Form are eligible to receive their choice of one of two types of Vouchers: (1) a voucher to receive three letters of machine engraving on authentic Tiffany & Co. merchandise on which engraving is possible ($15 retail value) at no cost; or (2) a voucher for $10 off any merchandise purchase. These Vouchers are redeemable at any California Tiffany & Co. store (with certain other limitations).   Tiffany and Company may verify the accuracy of information set forth in any submitted Claim Form and may require proof of purchase.

**You can submit a Claim Form, and view and download a full notice of the proposed Settlement Agreement and a copy of the Claim Form at the Claims Administrator's website: www.scherersettlement.com.**   You may also request a copy of the full notice and a Claim Form from the Claims Administrator by mail:

*Scherer v. Tiffany and Company* Claims Administrator
P.O. Box 9828
Dublin, OH 43017-5728

**You must act on or before May 2, 2012 to make a claim under the proposed settlement.**   If you object to the proposed Settlement Agreement or wish to be excluded from it, you must do so on or before April 17, 2012.   If you do not request to be excluded from the settlement before April 17, 2012, you will be deemed to have released Tiffany and Company from all claims described in the full notice.