# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMMY SCHERER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY AND COMPANY, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 11-CV-0532-H (RBB)<br><br>**ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT** |

On April 3, 2012, Plaintiff Timmy Scherer ("Plaintiff") filed an unopposed motion for final approval of the class action settlement. (Doc. No. 28.) On May 14, 2012, Plaintiff filed a motion for final approval of class action settlement. (Doc. No. 29.) On May 14, 2012, Defendant filed a non-opposition in support of Plaintiff's motion for final approval of class action settlement. (Doc. No. 30.) The Court held a hearing on May 21, 2012. Jeffrey R. Krinsk and William Richard Restis appeared for Plaintiff, and Darcie A. Tilly appeared for Defendant.

Based on the Court's review and the findings below, the Court, for good cause shown, grants Plaintiff's the motion.

**FINDINGS:**

    **1.**    The Settlement Agreement was fair, reasonable, and adequate.

    **2.**    The parties adequately performed their obligations under the Settlement

Agreement.

**3.** Defendant Tiffany and Company provided notice to Class Members in compliance with Section 3.3 of the Settlement Agreement and the Order Granting Joint Motion to Approve Publication Notice of Proposed Class Action Settlement, due process, and Rule 23 of the Federal Rules of Civil Procedure. The notice: (i) fully and accurately informed Class Members about the lawsuit and settlement; (ii) provided sufficient information so that Class Members were able to decide whether to accept the benefits offered, opt-out and pursue their own remedies, or object to the proposed settlement; (iii) provided procedures for Class Members to file written objections to the proposed settlement, to appear at the hearing, and to state objections to the proposed settlement; and (iv) provided the time, date and place of the final fairness hearing.

**4.** An award of $ 142,000 in attorneys' fees and costs to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience and efforts in prosecuting this Action, and the benefits obtained for the Class.

**5.** An incentive award to Plaintiff Timmy Scherer of $ 2,000 is fair and reasonable in light of: (a) Plaintiff's risks (including financial, professional, and emotional) in commencing this action as the Class Representative; (b) the time and effort spent by Plaintiff in litigating this action as the Class Representative; and (c) Plaintiff's public interest service.

**THE COURT ORDERS:**

    **1. Class Members**. The Class Members are defined as:

> All persons, who between February 15, 2010 and December 19, 2011, used a credit card to make a purchase at a Tiffany & Co. store located in California and whose Personal Identification Information, including, but not limited to, postal address, was requested and recorded by Tiffany and Company during such credit card purchase transaction.

    **2. Binding Effect of Order**. This order applies to all claims or causes of action settled under the Settlement Agreement, and binds all class members, including those who did not properly request exclusion under paragraph 6 of the Preliminary Approval of Class Settlement and Provisional Class Certification Order. This order does not bind

persons who filed timely and valid Requests for Exclusions. Attached as Exhibit A is a list of persons who properly requested to be excluded from the settlement.

**3.** **Release**. Plaintiff and all Class Members who did not properly request exclusion are: (1) deemed to have released and discharged Tiffany and Company from all claims arising out of or asserted in this action and claims released under the Settlement Agreement; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims. The full terms of the release described in this paragraph are set forth in paragraphs 4.2 and 4.3 of the Settlement Agreement.

**4.** **Class Relief**. Tiffany and Company will issue a single Voucher to each Class Member who submitted a valid and timely Claim Form as provided in the Settlement Agreement no later than twenty-five (25) calendar days after the Final Settlement Date, which is defined under Paragraph 1.11 of the Settlement Agreement.

**5.** **Attorneys' Fees and Costs**. Class Counsel is awarded $ 142,000 in fees and costs. Tiffany and Company must pay Class Counsel this amount according to the timeline set forth in Section 2.4 of the Settlement Agreement.

**6.** **Incentive Award**. Plaintiff Timmy Scherer is awarded $ 2,000 as an incentive award. Tiffany and Company must pay Plaintiff this amount according to the timeline set forth in Section 2.5 of the Settlement Agreement.

**7.** **Court's Jurisdiction**. Pursuant to the parties' request, the Court will retain jurisdiction over this action and the parties until final performance of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: May 21, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT