**Individuals Who Submitted Exclusion Requests**

CAROLE ASATO
CHRISTINA HUNTZINGER
AMY HUYNH
DAVID CU
MARY BETH ANGIN
VASUTHARA KARNITIS
CATHERINE FITZGERALD
KEITH HOOFARD
JAMES R PERRONE
RUTH WALKER
FRANKIE WONG